**DEERE & COMPANY, Plaintiff–Appellant,**

v.

**KUBOTA CORPORATION and Kubota Tractor Corporation, Defendants–Cross Appellants.**

No. 02–1607, 02–1625.

United States Court of Appeals, Federal Circuit.

July 17, 2003.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36